**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 459 WAL 2014
：
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
：
：
：
TIMOTHY SENICH, :
：
              Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.